CARLIE CHRISTENSEN, United States Attorney (No. 0633)
BRANDEN B. MILES, Special Assistant United States Attorney (No. 9777)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah  84111
Telephone:  (801) 524-5682

**FILED**
U.S. DISTRICT COURT

2015 MAY 13  A 10: 28

DISTRICT OF UTAH

BY
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LEONARD RUSSELL MARION,<br><br>Defendant. | **INDICTMENT**<br><br>VIOS.<br>21 U.S.C. § 841(a)(1), Possession of Controlled Substance with Intent to Distribute; [Count I];<br>18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm; [Count II];<br>21 U.S.C. § 841(a)(1), Possession of Controlled Substance with Intent to Distribute; [Count III];<br>18 U.S.C. § 924(c), Possession of a Firearm During and in Relation to a Drug Trafficking Offense [Count IV]. |

Case: 1:15-cr-00033
Assigned To : Shelby, Robert J.
Assign. Date : 5/13/2015
Description: USA v.

The Grand Jury charges:

## COUNT I

On or about November 17, 2014, in the Northern Division of the District of Utah,

**LEONARD RUSSELL MARION,**

the defendant herein, did knowingly and intentionally possess with intent to distribute more than (50) fifty grams of methamphetamine, a schedule II controlled substance within in the meaning of 21 U.S.C. § 812, all in violation of 21 U.S.C. § 841(a)(1) and 18 USC § 2, and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

## COUNT II

On or about November 20, 2014, in the Northern Division of the District of Utah,

### LEONARD RUSSELL MARION,

defendant herein, having been convicted of a crime punishable by imprisonment for more than one (1) year, did knowingly possess and receive in and affecting interstate commerce a firearm, to wit: a Kahr .45 caliber handgun, and associated ammunition; all in violation of 18 U.S.C. § 922(g)(1).

## COUNT III

On or about November 20, 2014, in the Northern Division of the District of Utah,

### LEONARD RUSSELL MARION,

the defendant herein, did knowingly and intentionally possess with intent to distribute more than (5) five grams of methamphetamine, a schedule II controlled substance within in the meaning of 21 U.S.C. § 812, all in violation of 21 U.S.C. § 841(a)(1) and 18 USC § 2, and punishable pursuant to 21 U.S.C. § 841(b)(1)(B).

## COUNT IV

On or about November 20, 2014, in the Northern Division of the District of Utah,

## LEONARD RUSSELL MARION,

the defendant herein, did knowingly use, carry, brandish and discharge a firearm, to wit:

Kahr .45 caliber handgun, during and in relation to a drug trafficking crime, to wit:

possession with intent to distribute methamphetamine, in violation of 21 U.S.C. §

841(a)(1), as alleged in Count III of this Indictment, which Count is incorporated herein

by reference; all in violation of and punishable pursuant to 18 U.S.C. §

924(c)(1)(A)(i)(ii)(iii).

### NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

As a result of the offenses in Counts III and IV, the above-named defendant shall forfeit

to the United States pursuant to 18 U.S.C. § 924(d)(1), all firearms, ammunition and currency

involved in or used in any knowing violation of 18 U.S.C. § 922 and § 924, including but not

limited to the following:

- $2,000.00 in United States Currency

A TRUE BILL:

/s/
_____
FOREPERSON of the GRAND JURY

CARLIE CHRISTENSEN
United States Attorney

_____
BRANDEN B. MILES
Special Assistant United States Attorney