JOHN W. HUBER, United States Attorney (#7226)
BRANDEN B. MILES, Special Assistant United States Attorney (#9777)
ADAM S. ELGGREN, Assistant United States Attorney (#11064)
Attorneys for the United States of America
111 South Main Street, Suite 1800, Salt Lake City, Utah 84111
Tel: (801) 524-5682 ◆ Fax (801) 325-3310

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. LEONARD RUSSELL MARION, Defendant. | STATUS OF FORFEITURE Case No. 1:15CR00033-RJS-DBP Judge Robert J. Shelby Magistrate Judge Dustin B. Pead |
|---|---|

The United States of America hereby notifies the Court that it no longer seeks criminal judicial forfeiture of the following assets:

- $2000 in US currency

- Kahr Arms, model PM45, .45 caliber handgun, serial number: SV1389

- Associated ammunition

After filing the Indictment, the United States learned that the Kahr Arms, model PM45, .45 caliber handgun, serial number: SV1389 constitutes stolen property and that the $2,000.00 in United States Currency was never taken into custody. The defendant's plea was to the firearm only.

The United States will not seek an Order of Forfeiture and forfeiture of these assets need

not be included in any judgment against the defendant.

Dated this 10th day of May, 2018.

JOHN W. HUBER
United States Attorney

/s/ Adam S. Elggren
ADAM S. ELGGREN
Assistant U.S. Attorney